Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:  ) CHAPTER 13
) CASE NO. SV09-19596-KT
EULALIO MARTINEZ )
)
) ORDER DISMISSING CHAPTER 13
) PETITION DUE TO FAILURE OF
) DEBTOR(S) TO APPEAR AT THE 341(a)
) MEETING OF CREDITORS AND/OR TO
) MAKE PRE-CONFIRMATION
) PAYMENTS
)
DEBTOR )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: SEP 17 2009

Kathleen Thompson
U. S. Bankruptcy Judge

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>EULALIO MARTINEZ<br><br><br><br>        DEBTOR | CHAPTER 13<br>CASE NO. SV09-19596-KT<br><br>**PROOF OF SERVICE BY MAIL** |

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 9/10/2009 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE TO APPEAR AND/OR AMKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

EULALIO MARTINEZ
9759 TELFAIR AVE
PACOIMA, CA  91331

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on September 10, 2009.

*Gisele Dorsey*

_____
Gisele Dorsey

Case No. SV09-19596-KT